UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MC SPA FRANCHISE, LLC,

    Plaintiff,

v.                                                              Case No. 6:19-cv-1453-Orl-37EJK

MOUNT VERNON FIRE INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

Plaintiff initiated this insurance action against Defendant in state court. (Doc. 1-1.) Defendants then removed the action to this Court, invoking the Court's diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1, ¶ 7 ("**Notice of Removal**").) Finding Defendant's citizenship allegations as to Plaintiff incomplete, the Court issued an Order to Show Cause and directed Defendant to explain why this case should not be remanded. (Doc. 2, p. 2 ("**OSC**").) Specifically, the Court explained the Notice of Removal states the residency, not citizenship, of the two members of Plaintiff's limited liability company (Doc. 1, ¶¶ 4–5), which is insufficient to demonstrate an individual's citizenship for purposes of diversity jurisdiction. (Doc. 2, p. 2 (citing *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013)).)

Defendant responded explaining that Defendant is a Pennsylvania citizen because it is incorporated and maintains its principal place of business in Pennsylvania. (Doc. 4 ("**Response**").) But the Response fails to address the deficiency raised in the OSC—the

allegations concerning *Plaintiff's* citizenship. (Doc. 3.) Thus, the Court is still unable to determine Plaintiff's citizenship and Defendant failed to meet its burden of establishing subject matter jurisdiction. This action is remanded.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court's Order to Show Cause (Doc. 9) is **DISCHARGED**.

2. This action is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 9, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
County Court of the Ninth Judicial Circuit
in and for Orange County, Florida